**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: August 21, 2024
Docket #: 24-697
Short Title: Consumer Financial Protection Bureau v. Stratfs, LLC (f/k/a Strategic Financial Solutions, LLC),

DC Docket #: 1:24-cv-40
DC Court: WDNY (BUFFALO)
Trial Judge - Elizabeth A. Wolford

## NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for stay filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, September 3, 2024.

Inquiries regarding this case may be directed to 212-857-8595.