W.D.N.Y.<br>
24-cv-40<br>
Wolford, J.<br>
Roemer, M.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of September, two thousand twenty-four.

Present:
>Denny Chin,
>Susan L. Carney,
>Richard J. Sullivan,
>>*Circuit Judges*.

---

Consumer Financial Protection Bureau, et al.,

>*Plaintiffs-Appellees*,

v.

Ryan Sasson, et al.,

>*Defendants-Appellants*,

24-697 (L),
24-554 (Con),
24-583 (Con),
24-719 (Con),
24-727 (Con)

Stratfs, LLC, formerly known as Strategic Financial Solutions, LLC, et al.,

>*Defendants*.

---

Appellants move for a stay of the district court's preliminary injunction pending appeal. Upon due consideration, it is hereby ORDERED that the motion is DENIED because Appellants have not demonstrated that a stay is warranted. *Nken v. Holder*, 556 U.S. 418, 434 (2009); *In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007).

>FOR THE COURT:
>Catherine O'Hagan Wolfe, Clerk of Court

